■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANA MONTAGUE-GRIFFIN, Appellant. [940 NYS2d 516]

Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Friedman, J.P., Sweeny, Renwick, DeGrasse and Román, JJ.